UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| MICHELLE CARTER, | Civil No. 6:16-CV-2146-JR |
|---|---|
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits, a period of disability, and supplemental security income under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the ALJ will evaluate the medical source opinions in the record, including the opinions offered by Drs. Marshall and Berner. The ALJ will also reevaluate Plaintiff's credibility and the residual functional capacity. The ALJ will make specific findings as to Plaintiff's limitations on sitting, standing, and walking.

IT IS SO ORDERED this __17__ day of __Nov__, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Kathy Reif
KATHY REIF
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-3851